UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALEXANDER ALMONTE-MACEA

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- ( )( )
MAG 13007

Defendant ALMONTE - MACEA hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

ALEXANDER ALMONTE-MACEA
Print Defendant's Name

_____
Defendant's Counsel's Signature

NATHANIEL Z. MARMUR
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/07/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge